8 So.2d 594

### Feodies HERRON v. WILLIAMS & VORIS LUMBER CO.

4 Div. 259.

Supreme Court of Alabama.

June 11, 1942.

O. S. Lewis, of Dothan, for petitioner.

T. E. Buntin, of Dothan, opposed.

GARDNER, Chief Justice.

Petition of Feodies Herron for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Herron v. Williams & Voris Lumber Co., 30 Ala.App. 510, 8 So.2d 593.

Writ denied.

BOULDIN, FOSTER, and LIVINGSTON, JJ., concur.